JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>YELLOW BOX CORPORATION, a California corporation,<br><br>    Defendant.<br><br>And related actions | Case No.:  SACV 08-652-CJC (ANx)<br><br>ORDER FOR DISMISSAL |

This case having come on before this Court, upon the pleadings, and it being represented to the Court that Plaintiff Oakley, Inc. and Defendant Yellow Box Corporation have settled their differences with respect to the matters in dispute by way of a separate confidential agreement between the parties.  On the consent of the parties and their attorneys, and good cause having been shown,

1  IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:

2  That all claims, counterclaims and defenses of Oakley, Inc. and Yellow
3  Box Corporation are dismissed with prejudice.

4  IT IS HEREBY ORDERED.

5  DATED: November 03, 2008

6  _____
7  JUDGE, U.S. District Court

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28